

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-17-00464-CR

Style:      Edward Guerra v. The State of Texas

Date motion filed*:      December 27, 2017

Type of motion:      Third Motion for Extension of Time to File *Pro Se Anders* Response

Party filing motion:      Pro se appellant Edward Guerra

Document to be filed:      *Anders* Response

Is appeal accelerated?      No.

If motion to extend time:

     Original due date:      October 23, 2017 (set before receipt of records)

     Number of extensions granted:    2      Current due date: January 17, 2018

     Date requested:      N/A

Ordered that motion is:

     ☑ Granted, in part

         If document is to be filed, document due: January 29, 2018.

         ☑ **No further extensions of time will be granted.**

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☑ Other: _____

   Appellant's third pro se motion for an extension of time to file his *pro se Anders* response is **granted, in part**, because appellant believes that "two motions have been filed with this Court, awaiting [r]esponse," but appellant is warned that **no further extensions will be granted.** Other than appellant's counsel's motion to withdraw, appellant is advised that there are no other pending motions filed by appellant, pro se or otherwise, in this Court. Accordingly, if appellant's pro se response is not filed by **January 29, 2018**, the Clerk of this Court will mark this case ready for submission without the response.

Judge's signature: /s/ Evelyn V. Keyes

         ☑ Acting individually      ☐ Acting for the Court

Date: January 9, 2017